# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:11-CR-098 (1) |
| Plaintiff, | : | Judge BECKWITH |
| vs. | : | |
| ERRICK ROSCOE, | : | |
| Defendant. | : | |

## ORDER GRANTING
## MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM
## AND PSR OBJECTIONS OF DEFENDANT, ERRICK ROSCOE
## UNDER SEAL

For good cause shown, Errick Roscoe's Motion to File Sentencing Memorandum and PSR Objections Under Seal is hereby GRANTED. The Clerk is ordered to file Mr. Roscoe's Motion under seal.

IT IS SO ORDERED.

Date: 1/23/12

_____
Judge Sandra S. Beckwith